UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

                              Case No. 19-cr-225-pp

CHARLES B. MOORE,

        Defendant.

## ORDER GRANTING MOTION FOR ORDER OF FORFEITURE AND JUDGMENT (DKT. NO. 31)

On October 5, 2020, the government filed a motion asking the court to enter a final order of forfeiture under 18 U.S.C. §1594. Dkt. No. 31. The court has considered the motion, as well as the affidavit of Assistant U.S. Attorney Erica J. Lounsberry. Dkt. No. 32. The court is satisfied that the government has complied with the requirements of 18 U.S.C. §1594.

      The court **ORDERS** that, under 18 U.S.C. §1594, the United States of America has clear title to the LG cellular phone, Model No. LM-X210MA, IMEI No.: 357603-09-351905-6, serial number: 805VTWP351905, to the United States of America, and that the United States may dispose of the LG cellular phone, Model No. LM-X210MA, IMEI No.: 357603-09-351905-6, serial number: 805VTWP351905, according to law.

1

Dated in Milwaukee, Wisconsin this 6th day of October, 2020.

        **BY THE COURT:**

        _____
        **HON. PAMELA PEPPER**
        **Chief United States District Judge**